

# Fourth Court of Appeals

## San Antonio, Texas

January 27, 2014

No. 04-13-00419-CV

**TEXAS DEPT. OF INSURANCE**, Worker's Comp Division,
Appellant

v.

Roel **DE LOS SANTOS,**
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-11-147
Honorable Ana Lisa Garza, Judge Presiding

## O R D E R

The Appellee's Motion for Leave to File Supplemental Brief is GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of January, 2014.

_____
Keith E. Hottle
Clerk of Court